UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT NAIMAN,

    Plaintiff,  Case No. 17-11094

v.  Hon. Linda V. Parker

GC SERVICES LIMITED
PARTNERSHIP,

    Defendant.

_____/

| | |
|---|---|
| David M. Marco (Atty No. 6273315) | MILLER, CANFIELD, PADDOCK |
| SMITHMARCO, P.C. |   and STONE, P.L.C. |
| Attorney for Plaintiff | Scott R. Eldridge (P66452) |
| 55 W. Monroe Street | Lara L. Kapalla-Bondi (P67667) |
| Suite 1200 | Attorneys for Defendant |
| Chicago, IL 60603 |   GC Services Limited Partnership |
| (312) 324-3532 | One Michigan Avenue, Suite 900 |
| lsmith@smithmarco.com | Lansing, Michigan 48933 |
| | (517) 487-2070 |

_____/

**STIPULATED ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS TO ANY PARTY**

    This matter having come before the Court on the stipulation of the parties to entry of this Order;

    **IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

    This Order resolves all pending claims and closes the case.

    **IT IS SO ORDERED.**

                            s/ Linda V. Parker
                            LINDA V. PARKER
                            U.S. DISTRICT JUDGE

Dated: November 14, 2017

-2-

**APPROVED AS TO FORM:**

| | |
|---|---|
| /s/ David M. Marco | /s/ Lara Kapalla-Bondi |
| David M. Marco (Atty No. 6273315) | Lara Kapalla-Bondi (P67667) |
| SMITHMARCO, P.C. | MILLER, CANFIELD, PADDOCK |
| Attorney for Plaintiff | & STONE PLC |
| 55 W. Monroe Street | Attorneys for Defendant |
| Suite 1200 | One Michigan Ave., Suite 900 |
| Chicago, IL 60603 | Lansing, MI 48933 |
| (312) 546-6539 | (517) 487-2070 |
| dmarco@smithmarco.com | kapalla-bondi@millercanfield.com |

Dated: November 14, 2017